Debtor Name  **McCamon-Liron, LLC**

United States Bankruptcy Court for the:  **Central District of California**

Case number (*If known*):

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Your Assets and Liabilities for Non-Individuals  12/15

### Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................  $ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................  $ **25,000.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................................  $ **25,000.00**

### Summarize Your Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of Schedule D.........................  $ **250,000.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................  $ **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................  + $ **40.00**

4. **Total liabilities** ..................................................................................................................  $ **250,040.00**
    Lines 2 + 3a + 3b