**Fill in this information to identify your case:**

Debtor Name     **McCamon-Liron, LLC**

United States Bankruptcy Court for the: **Central District of California**

Case number (*If known*): _____

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand**                                                                                                      $ _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1 | Chase Bank | Checking Account | 7894 | $ 25,000.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $ **25,000.00**

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

                                                                                                         **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

Debtor **McCamon-Liron, LLC**　　　　　　　　　　　　　　　Case number *(if known)*　_____
　　　　　　Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$　　　　0.00
   Add lines 7 through 8. Copy the total to line 81.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**
    ☒ No. Go to Part 4.
    ☐ Yes. Fill in the information below.

    **Current value of debtor's interest**

11. **Accounts receivable**

    **11a. 90 days old or less:**　_____  –  _____  =  $ _____
    　　　　　　　　　　　　　　　　face amount　　　doubtful or uncollectible accounts

    **11b. Over 90 days old:**　_____  –  _____  =  $ _____
    　　　　　　　　　　　　　　　face amount　　　doubtful or uncollectible accounts

12. **Total of Part 3**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$　　　　0.00
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

13. **Does the debtor own any investments?**
    ☒ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

    **Valuation method used for current value**　　**Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of entity:　　　　　　　　　　　　　　% of ownership:

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

17. **Total of Part 4**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$　　　　0.00
    Add lines 14 through 16. Copy the total to line 83.

Debtor  **McCamon-Liron, LLC**  Case number *(if known)* _____
         Name

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    ☐ No. Go to Part 6.
    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

    Equipment - inflatables    _____    $ 30,000.00    _____    $ Unknown
                               MM / DD / YYYY

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.    $ 0.00

24. **Is any of the property listed in Part 5 perishable?**
    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes.
       Book value $ _____    Valuation method _____    Current Value $ _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor    **McCamon-Liron, LLC**                                 Case number *(if known)* _____
           Name

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    ☒ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest *(Where available)* | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops—either planted or harvested**

    _____    $ _____    _____    $ _____

29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish

    _____    $ _____    _____    $ _____

30. **Farm machinery and equipment (Other than titled motor vehicles)**

    _____    $ _____    _____    $ _____

31. **Farm and fishing supplies, chemicals, and feed**

    _____    $ _____    _____    $ _____

32. **Other farming and fishing-related property not already listed in Part 6**

    _____    $ _____    _____    $ _____

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.                                             $           **0.00**

34. **Is the debtor a member of an agricultural cooperative?**
    ☒ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
         ☒ No
         ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☒ No
    ☐ Yes
            Book value  $ _____    Valuation method _____    Current Value  $ _____

Official Form 206A/B              **Schedule A/B: Property — Real and Personal Property**              page 4 of 10

Debtor   **McCamon-Liron, LLC**                                              Case number *(if known)*
         Name

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☒ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☐ No. Go to Part 8.
    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Misc office furniture - little to no value | $ Unknown | | $ Unknown |
| 40. **Office fixtures** | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Misc office equipment - little to value | $ Unknown | | $ Unknown |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | $ | | $ |

43. **Total of Part 7.**
    Add lines 38 through 42. Copy the total to line 86.

    $ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☒ No
    ☐ Yes

Debtor  **McCamon-Liron, LLC**                                              Case number *(if known)*
         Name

45  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
    ☒ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**
    _____  $ _____  _____  $ _____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels
    _____  $ _____  _____  $ _____

49. **Aircraft and accessories**
    _____  $ _____  _____  $ _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
    _____  $ _____  _____  $ _____

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.                                   $ **0.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☒ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

Debtor **McCamon-Liron, LLC**        Case number *(if known)* _____
         Name

---

### Part 9: Real property

**54. Does the debtor own or lease any real property?**
- ☒ No. Go to Part 10.
- ☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.          $ **0.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
- ☒ No
- ☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

---

### Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**
- ☒ No. Go to Part 11.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| **61. Internet domain names and websites** | $ | | $ |
| **62. Licenses, franchises, and royalties** | $ | | $ |
| **63. Customer lists, mailing lists, or other compilations** | $ | | $ |

---

Official Form 206A/B       Schedule A/B: Property — Real and Personal Property       page 7 of 10
Copyright © Financial Software Solutions, LLC       BlueStylus

Debtor **McCamon-Liron, LLC**                           Case number *(if known)*
       Name

64. **Other intangibles, or intellectual property**
    $ _____       $ _____

65. **Goodwill**
    $ _____       $ _____

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.                     $ **0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
    ☒ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☒ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    ☒ No. Go to Part 12.
    ☐ Yes. Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

    _____    −    _____    =    $ _____
    Total face amount      doubtful or uncollectible accounts

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

    _____                Tax Year _____    $ _____

73. **Interests in insurance policies or annuities**

    _____                                    $ _____

Debtor  **McCamon-Liron, LLC**  Case number *(if known)*
          Name

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    $ _____

    **Nature of claim**  _____

    **Amount requested**  $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    $ _____

    **Nature of claim**  _____

    **Amount requested**  $ _____

76. **Trusts, equitable or future interests in property**

    $ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    $ _____

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.

    $ **0.00**

79  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 25,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |

Debtor   **McCamon-Liron, LLC**    Case number *(if known)*
     Name

83. **Investments.** *Copy line 17, Part 4.*     $ _____ 0.00

84. **Inventory.** *Copy line 23, Part 5.*     $ _____ 0.00

85. **Farming and fishing-related assets.** *Copy line 33, Part 6.*     $ _____ 0.00

86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.*     $ _____ 0.00

87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.*     $ _____ 0.00

88. **Real property.** *Copy line 56, Part 9.* ............. ➔     $ _____ 0.00

89. **Intangibles and intellectual property.** *Copy line 66, Part 10.*     $ _____ 0.00

90. **All other assets**. *Copy line 78, Part 11.*     ✚ $ _____ 0.00

91. **Total.** Add lines 80 through 90 for each column............... 91a.   $ _____ **25,000.00**   ✚ 91b.   $ _____ 0.00

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................................................     $ _____ **25,000.00**

**Fill in this information to identify your case:**

Debtor Name: **McCamon-Liron, LLC**

United States Bankruptcy Court for the: **Central District of California**

Case number (*If known*): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

   *Column A* **Amount of claim** Do not deduct the value of collateral.
   *Column B* **Value of collateral that supports this claim**

**2.1**

Creditor's Name: **SBA - CESC Covid EIDL**

Creditor's mailing address:
**14925 Kingsport Rd.
Fort Worth, TX 76155**

Creditor's email address, if known: _____

Date debt was incurred: _____

Last 4 digits of account number: **7808**

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien:
**22.1 Equipment - inflatables**

$ **250,000.00**    $ **0.00**

Describe the lien: _____

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Description: **SBA loan with blanket UCC-1 financing statement**

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any    $ **250,000.00**

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 2
Copyright © Financial Software Solutions, LLC    BlueStylus

Debtor  **McCamon-Liron, LLC**  Case number *(if known)* _____
       Name

# Part 2: List Others to Be Notified for a Debt That You Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |

**Fill in this information to identify your case:**

Debtor           **McCamon-Liron, LLC**

United States Bankruptcy Court for the: **Central District of California**

Case number (*If known*):

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1

|  | **Total Claim** | **Priority Amount** |
|---|---|---|

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $ | **40.00** |
|---|---|---|---|---|
| | **Chase** | ☐ Contingent | | |
| | **PO Box 15299** | ☐ Unliquidated | | |
| | **Wilmington, DE 19850** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | Description | |
| | Last 4 digits of account number  **9416** | Is the claim subject to offset? ☑ No  ☐ Yes | | |

Debtor    **McCamon-Liron, LLC**    Case number *(if known)* _____
        Name

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $ **Unknown** |
|---|---|---|---|
| | **Storage Outlet** | ☐ Contingent | |
| | **150 County Road** | ☐ Unliquidated | |
| | **Pomona, CA 91766** | ☐ Disputed | |

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | **Fees for equipment storage** |
| Last 4 digits of account number | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

### Part 3: List Others to Be Notified About Unsecured Claims

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number |
|---|---|---|
| | | |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** **Add the amounts of priority and nonpriority unsecured claims.**     **Total of claim amounts**

| 5a. | **Total claims from Part 1** | 5a. | $ | **0.00** |
|---|---|---|---|---|
| 5b. | **Total claims from Part 2** | 5b. | **+** $ | **40.00** |
| 5c. | **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | **40.00** |

**Fill in this information to identify your case:**

Debtor Name  **McCamon-Liron, LLC**

United States Bankruptcy Court for the: **Central District of California**

Case number (*If known*): _____  Chapter **7**

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)*.

2. **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Storage for inventory and other assets. This contract will not be assumd. | Storage Outlet<br>150 County Road<br>Pomona, CA 91766 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify your case:**

Debtor Name   **McCamon-Liron, LLC**

United States Bankruptcy Court for the: **Central District of California**

Case number (*If known*):

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Your Codebtors                                                                                        12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name and description** | **Mailing address** | **Name** | *Check all schedules that apply:* |